FILED

08 APR 23 PM 1:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 1272 H

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| v. | I N D I C T M E N T |
| | Title 8, U.S.C., Secs. 1326(a) |
| EZEQUIEL GARCIA-GALINDO, | and (b) - Deported Alien Found |
| Defendant. | in the United States |

The grand jury charges:

On or about March 23, 2008, within the Southern District of California, defendant EZEQUIEL GARCIA-GALINDO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections  202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

WMC:nlv:San Diego
4/21/08

1        It is further alleged that defendant EZEQUIEL GARCIA-GALINDO was

2   removed from the United States subsequent to February 27, 2001.

3        DATED: April 23, 2008.

4                                              A TRUE BILL:

5

6

7                                              Foreperson

8   KAREN P. HEWITT
    United States Attorney

9

10  By:

11       W. MARK CONOVER
         Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2