**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Garcia-Galindo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1272-MLH |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **EZEQUIEL GARCIA-GALINDO,** ) | |
| Defendant. ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

   **NICOLE JONES, Assistant United States Attorney**
   Nicole.Jones@usdoj.gov efile.dkt.gc1@usdoj.gov

Dated: May 13, 2008         *s/ Bridget L. Kennedy*
              **BRIDGET L. KENNEDY**
              Federal Defenders of San Diego, Inc.,
              225 Broadway, Suite 900
              San Diego, CA 92101-5030
              (619) 234-8467  (tel)
              (619) 687-2666  (fax)
              e-mail:bridget_kennedy@fd.org