KAREN P. HEWITT
United States Attorney
NICOLE ACTON JONES
Assistant U.S. Attorney
California State Bar No. 231929
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5482
E-mail: nicole.jones@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1272-H |
| Plaintiff, | ) |
| | ) **GOVERNMENT'S MOTION FOR:** |
| v. | ) **(1) FINGERPRINT EXEMPLARS** |
| | ) **(2) RECIPROCAL DISCOVERY** |
| EZEQUIEL GARCIA-GALINDO, | ) **TOGETHER WITH STATEMENT OF FACTS** |
| | ) **AND MEMORANDUM OF POINTS AND** |
| | ) **AUTHORITIES** |
| Defendant. | ) |
| | ) Date:   May 27, 2008 |
| | ) Time:   2:00 p.m. |
| | ) Court:  The Hon. Maryilyn L. Huff |
| | ) |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Nicole Acton Jones, Assistant United States Attorney, and hereby files its Motion for Fingerprint Exemplars and Reciprocal Discovery in the above-referenced case. Said motions are based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

/ /
/ /
/ /
/ /
/ /

I

**STATEMENT OF THE CASE**

On April 23, 2008, a federal grand jury in the Southern District of California returned a one-count Indictment charging defendant Ezequiel Garcia-Galindo ("Defendant") with being a Deported Alien Found in the United States, in violation of Title 8, United States Code, Section 1326. On April 24, 2008, Defendant was arraigned on the Indictment and entered a plea of not guilty.

II

**STATEMENT OF FACTS**

**A.  Defendant's Apprehension**

On March 23, 2008, San Diego County Sheriff's Deputy K. Burmeister responded to a call regarding an unconscious person behind the wheel of a vehicle behind a Von's in Poway. Upon arrival, Deputy Burmeister observed a silver Honda driving around the Von's parking lot in an aimless manner. Deputy Burmeister attempted a vehicle stop and the Honda stopped and then began moving again several times before finally coming to a stop. The driver, later identified as Defendant Garcia-Galindo, then attempted to get out of the car, but failed to put the car in park. After putting the vehicle in park, Deputy Burmeister noted the strong smell of alcohol on Defendant's breath, that his speech was slurred, that his eyes were red and watery and he was having trouble maintaining his balance. Deputy M. Tally responded to conduct a DUI investigation. Deputy Tally identified Defendant with his Mexican Consular card in his name. Defendant stated he had lived in the United States for ten years, but admitted he did not have a California driver's license. Defendant was arrested and booked on DUI charges.

While Defendant was in state custody, ICE agent O. Galvan conducted an immigration interview and determined that Defendant was a citizen of Mexico. On March 27, 2008, Defendant was released from state custody and referred to ICE custody. ICE agents confirmed Defendant's identity and that he had been previously deported from the United States. Defendant was advised of his <u>Miranda</u> rights. Defendant elected to invoke his right to counsel. Defendant was also advised of his right to speak to the Mexican consular office and declined.

//

//

B.  **Defendant's Criminal and Immigration History**

On or about February 27, 2001, Defendant was convicted in San Diego County Superior Court of statutory rape in violation of Cal. Penal Code § 261.5(c). The victim was a 17 year old mentally disabled girl. Defendant was sentenced to 412 days in custody and 5 years probation.

On April 16, 2001, Defendant was deported from the United States to Mexico by an Immigration Judge. Defendant was physically removed from the United State through the San Ysidro, California Port of Entry.

On March 26, 2008, Defendant was convicted of a misdemeanor DUI and sentenced to probation.

The Government has calculated Defendant's criminal history category as a category III.

## III

## UNITED STATES' MOTIONS

A.  **FINGERPRINT EXEMPLARS**

The United States requests that the Court order that Defendant make himself available for fingerprinting by the United States' fingerprint expert. See United States v. Ortiz-Hernandez, 427 F.3d 567, 576-77 (9th Cir. 2005) (Government may have defendant fingerprinted and use criminal and immigration records in Section 1326 prosecution). The privilege against self-incrimination only applies to testimonial evidence. See Schmerber v. California, 384 U.S. 757, 761 (1966) (withdrawal of blood is not testimonial). Identifying physical characteristics, including fingerprints, are not testimonial in nature and the collection and use of such evidence does not violate Defendant's Fifth Amendment right against self-incrimination. United States v. DePalma, 414 F.2d 394, 397 (9th Cir. 1969).

B.  **RECIPROCAL DISCOVERY**

The Government has and will continue to fully comply with its discovery obligations. The Government has provided Defendant 106 pages of discovery, including a copy of his A-file documents and a copy of his deportation tape. Furthermore, the Government will request that the arresting agency preserve any evidence the Government intends to introduce in its case-in-chief or that may be material to the defense. The Government moves the Court to order Defendant to provide all reciprocal discovery to which the United States is entitled under Rules 16(b) and 26.2. Rule

1  16(b)(2) requires Defendant to disclose to the United States all exhibits and documents which
2  Defendant "intends to introduce as evidence in chief at the trial" and a written summary of the
3  names, anticipated testimony, and bases for opinions of experts the defendant intends to call at trial
4  under Rules 702, 703, and 705 of the Federal Rules of Evidence.

## IV

## **CONCLUSION**

For the foregoing reasons, the Government respectfully requests that its motions be granted.

DATED: May 17, 2008.

                        Respectfully Submitted,

                        KAREN P. HEWITT
                        United States Attorney

                        /s/ *Nicole Acton Jones*
                        NICOLE ACTON JONES
                        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1272-H |
| Plaintiff, | ) | |
| v. | ) | |
| EZEQUIEL GARCIA-GALINDO, | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, NICOLE ACTON JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S MOTION FOR FINGERPRINT EXEMPLARS AND RECIPROCAL DISCOVERY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Bridget Kennedy, Federal Defenders of San Diego, Inc.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2008.

/s/ *Nicole Acton Jones*
NICOLE ACTON JONES
Assistant U.S. Attorney

5                                                                                   08CR1272-H